(May 12, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER J. CASSAR, on Behalf of DIMITRI JONES, Petitioner, v VINCENT F. DEMARCO et al., Respondents. [51 NYS3d 901]—Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County Indictment No. 829/17.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Suffolk County Indictment No. 829/17 to the sum of $100,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $50,000, as a cash bail alternative, on condition that the defendant surrender any and all passports he may have to the Office of the District Attorney of Suffolk County and is prohibited from applying for any new or replacement passports; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has (1) given an insurance company bail bond in the sum of $100,000 or has deposited the sum of $50,000 as a cash bail alternative, and (2) surrendered any and all passports he may have to the Office of the District Attorney of Suffolk County, and has provided the Office of the District Attorney of Suffolk County with an affidavit attesting that he has not and will not apply for any new or replacement passports, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Mastro, J.P., Leventhal, Miller and Brathwaite Nelson, JJ., concur.